214

(No. 5356—)

AMERICAN OIL COMPANY INCORPORATED, A Corporation, Claimant, *vs.* STATE OF ILLINOIS, VARIOUS STATE AGENCIES, Respondent.

*Opinion filed May 11, 1971.*

GILLESPIE, BURKE AND GILLESPIE, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 5650—)

HARRY CHARNESKI, for the use of GENERAL CASUALTY COMPANY OF WISCONSIN, Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS YOUTH COMMISSION, Respondent.

*Opinion filed May 11, 1971.*

GILLESPIE, BURKE AND GILLESPIE, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 5652—)

JUDITH M. HILDEN, as Administrator of the Estate of LOWELL R. HILDEN, Deceased, and JUDITH M. HILDEN, individually, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF HIGHWAYS, Respondent.